**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION-SINGLE SPORT/SINGLE SCHOOL (FOOTBALL)** | ) ) ) ) ) ) | **MDL No. 2492** |
| _____ | ) | **Master Docket No. 1:16-cv-08727** |
| **CHARLES MARCUS LANGSTON**, as Administrator of the Estate of Zack Langston, and **DANAE YOUNG**, as mother and next friend for D.L., a minor, and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | **This Document Relates To: Case No. 1:17-cv-04978** **Judge John Z. Lee** |
| Plaintiffs, | ) ) | **Magistrate Judge M. David Weisman** |
| v. | ) ) | |
| **MID-AMERICA INTERCOLLEGIATE ATHLETICS ASSOCIATION** and **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE**
**PLAINTIFF AND AMEND THE CLASS ACTION COMPLAINT AND**
**MEMORANDUM OF LAW IN SUPPORT THEREOF**

Pursuant to Federal Rules of Civil Procedure 15 and 25, Nicolette Ann Langston, widow to Charles Marcus Langston, now deceased, hereby—jointly with Plaintiff Danae Young—respectfully requests that the Court enter an order substituting her as Plaintiff in this case in her capacity as the Administrator of the Estate of Zack Langston and, concurrently, for leave to amend the Class Action Complaint and Demand for Jury Trial ("Complaint") to reflect the same. Nicolette Ann Langston alleges as follows based on her own knowledge and, for all else, upon information and belief, including investigation conducted by her attorneys:

1

## FACTUAL AND PROCEDURAL BACKGROUND

1.     Charles Marcus Langston is one of the Plaintiffs in this proposed class action lawsuit and was formerly the Administrator of the Estate of Zack Langston.

2.     Charles Marcus Langston recently passed away in Kansas. (*See* Exhibits A and B.)

3.     Thereafter, Nicolette Ann Langston was appointed as Administrator of the Estate of Zack Langston. (*See* Exhibits A and B.)

## ARGUMENT

4.     **Substitution.** Pursuant to Rule 25(a)(1), if a party dies "and the claim is not extinguished, the court may order substitution of the property party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of statement noting the death, the action by or against the decedent must be dismissed."

5.     Each of the prerequisites for the substitution is present.

6.     *First,* the claims are not extinguished, and Nicolette Ann Langston is the proper party to continue them. *See* Kan. Stat. Ann. § 60-1801. As such, Charles Marcus Langston's claims brought while he was alive survive his death and Nicolette Ann Langston, as the appointed administrator of the Estate of Zack Langston, is the proper party to continue litigating those claims.

7.     *Second*, no "statement noting the death," has been served, and consequently 90 days have not passed since the time of such service.

8.     The prerequisites of Rule 25 being fulfilled, Plaintiffs respectfully request that the Court enter an order substituting Nicolette Ann Langston in place of Charles Marcus Langston, individually and as the Administrator of the Estate of Zack Langston, in this case.

9.     **Amendment.** Should the Court grant this request for substitution, Plaintiffs

additionally and respectfully request leave to amend the Complaint and file a First Amended

Class Action Complaint and Demand for Jury Trial. (*See* Proposed First Amended Complaint,

attached hereto as Exhibit C.)

10.     The proposed First Amended Complaint does not add any new claims or material

allegations, and is not otherwise brought for any improper purpose.

11.     Counsel for Defendants have indicated that Defendants do not oppose the relief

sought by this motion.

                    *                    *                    *

WHEREFORE, Plaintiffs respectfully requests that the Court enter an Order

substituting Nicolette Ann Langston in place of Charles Marcus Langston, individually and as the

Administrator of the Estate of Zack Langston, and further grant leave to file a First Amended Class

Action Complaint and Demand for Jury Trial.


Dated: June 23, 2021                      **NICOLETTE ANN LANGSTON**, as
                                          Administrator of the Estate of Zack Langston,
                                          **DANAE YOUNG**, as mother and next friend for
                                          D.L., a minor, and all others similarly situated,

                                          By: /s/ Todd Logan
                                                One of Plaintiff's Attorneys

                                          Jay Edelson
                                          jedelson@edelson.com
                                          Benjamin H. Richman
                                          brichman@edelson.com
                                          EDELSON PC
                                          350 North LaSalle Street, 14th Floor
                                          Chicago, Illinois 60654
                                          Tel: 312.589.6370
                                          Fax: 312.589.6378

                                          Rafey S. Balabanian
                                          rbalabanian@edelson.com
                                          Todd Logan
                                          tlogan@edelson.com

EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jeff Raizner
efile@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Tel: 713.554.9099
Fax: 713.554.9098

## CERTIFICATE OF SERVICE

I, Todd Logan, an attorney, hereby certify that on June 23, 2021, I served the above and forgoing ***Unopposed Motion for Leave to Substitute Plaintiff and Amend the Class Action Complaint and Memorandum of Law in Support Thereof*** by causing a true and accurate copy of the same to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Todd Logan